**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>Nos. 6-4230, 6-4305, 6-4442</u>

Lexington Ins Co

vs.

Kidspeace Corp

Lexington Ins Co, Appellant in 06-4230

PA Prop Cslty Ins, Appellant in 06-4305

Kidspeace Corp, Appellant in 06-4442

(Eastern District of Pennsylvania Civil No. 05-cv-00652)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A True Copy:

Marcia M. Waldron,
Clerk

/s/ Marcia M. Waldron
Clerk
United States Court of Appeals
for the Third Circuit

Date: January 17, 2007

cc:
    Charles W. Craven, Esq.
    Susan E. Wild, Esq.
    Errol C. Deans Jr., Esq.
    Lise Luborsky, Esq.



OFFICE OF THE CLERK

MARCIA M. WALDRON         UNITED STATES COURT OF APPEALS        TELEPHONE

CLERK        FOR THE THIRD CIRCUIT        215-597-2995

21400 UNITED STATES COURTHOUSE

601 MARKET STREET

PHILADELPHIA, PA 19106-1790

**Eastern PA**  Clerk of District Court      Date **01/17/07**

(District)

**Lexington Ins Co v. Kidspeace Corp**      C. of A. No. **06-4230/4305/4442**

(Caption)

**Lexington Ins Co, Aplt in 06-4230**

**PA Prop Cslty Ins, Aplt in 06-4305**

**Kidspeace Corp, Aplt in 06-4442**

(Appellant)

**Civil No. 05-cv-00652 (JWD)**

(D.C. No.)

Enclosures:

_____**01/17/07**_____ Certified copy of C. of A. Order by the Clerk/XXXXX

(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

            /s/ Anthony Infante      (267)-299- **4916**

            Case Manager      Telephone Number

Receipt Acknowledge:

_____

(Name)

_____

(Date)

            Rev. 4/3/03

            Appeals (Certified List in Lieu of Record)